UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:23-CV-94(D)

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL DEAN ROBINSON, )<br>Defendant. ) | ORDER GRANTING<br>STATUTORY SURCHARGE |

This matter is before the Court on the United States' motion for assessment of a statutory surcharge pursuant to 28 U.S.C. § 3011(a). The Court has reviewed the Government's motion, any response, and the applicable law. For good cause shown, and for the reasons explained by the Government in its motion, the Court GRANTS the motion.

IT IS HEREBY ORDERED that Defendant Michael Dean Robinson shall pay the United States an additional $51,574.40, for a total debt of $567,318.40. The United States is authorized to collect that total debt amount in accordance with applicable law.

IT IS FURTHER ORDERED that the Clerk of Court shall immediately enter a judgment reflecting the assessed surcharge of $51,574.40.

SO ORDERED. This the **25** day of September, 2023.

JAMES C. DEVER III
United States District Judge

1