UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 4:23-CV-94-D** |
| ) | |
| MICHAEL DEAN ROBINSON, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This matter is before the Court on the United States of America's motion for assessment of a statutory surcharge pursuant to 28 U.S.C. § 3011(a) [D.E. 20].

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion is GRANTED and judgment is entered in favor of the United States against Michael Dean Robinson for an additional $51,574.40 reflecting an assessed surcharge, for a total debt of $567,318.40.

**This Judgment Filed and Entered on September 25, 2023, and Copies To:**

Benjamin J Higgins　　　　(via CM/ECF electronic notification)


DATE: September 25, 2023　　　　PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　　　(By)　/s/ Stephanie Mann
　　　　　　　　　　　　　　　　Deputy Clerk